# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN BELL,<br><br>    Plaintiff,<br><br>vs.<br><br>SHELTER MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. CIV-14-1207-M |

## NOTICE OF REMOVAL OF CIVIL ACTION

COMES NOW Defendant, Shelter Mutual Insurance Company, Petitioner herein, and removes this case from the District Court of Oklahoma County, State of Oklahoma to the United States District Court for the Western District of Oklahoma on the following grounds:

1.    Petitioner, is the Defendant in a civil action commenced on October 9, 2014, in the District Court of Oklahoma County, being Case No. CJ-2014-5636, entitled *John Bell, Plaintiff v. Shelter Mutual Insurance Company, Defendant.*

2.    A copy of the state court docket sheet is attached hereto as Exhibit "1."

3.    A file-stamped copy of an Entry of Appearance for Steven S. Mansell, attorney for Plaintiff John Bell is attached hereto as Exhibit "2" and is incorporated herein by reference.

4.    A file-stamped copy of an Entry of Appearance for Kenneth Cole, attorney for Plaintiff John Bell is attached hereto as Exhibit "3" and is incorporated herein by reference.

5.    A file-stamped copy of the Petition is attached hereto as Exhibit "4" and is incorporated herein by reference.

6. A file-stamped copy of the Summons with Return of Service is attached hereto as Exhibit "5" and is incorporated herein by reference.

7. This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1332 and which the Defendant, Shelter Mutual Insurance Company, is entitled to remove to this Court, pursuant to 28 U.S.C. §1441, *et seq.*, in that the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, and the action is between citizens of different states, as at the time of the commencement of this action and at all times subsequent thereto, the Defendant, Shelter Mutual Insurance Company, has been and is a mutual insurance company organized under the laws of the State of Missouri, does not have any parent corporation or a publicly held corporation that owns 10% or more of its stock and the Plaintiff, John Bell, has been and still is a citizen of the State of Oklahoma.

8. That Plaintiff John Bell claimed in his Petition that the amount sought as damages are in excess of the amount required for diversity jurisdiction pursuant to §1332 of Title 28 of the United States Code. (See Exhibit 4, Petition)

9. That Petitioner first became aware of the removability of this action on October 16, 2014, of service upon Petitioner of Summons and Petition, by which this case became removable. This Notice of Removal is filed within the 30-day time period described by 28 U.S.C. §1446.

WHEREFORE, Petitioner, Shelter Mutual Insurance Company, prays that the above action now pending in the District Court of Oklahoma County, State of Oklahoma, Case No.

CJ-2014-5636, entitled *John Bell, Plaintiff v. Shelter Mutual Insurance Company, Defendant,* be removed from Oklahoma County District Court to the United States District Court, Western District of Oklahoma.

*s/ R. Ryan Deligans*
R. Ryan Deligans
Bar Number: 19793
Katherine T. Loy
Bar Number: 15358
Andrew M. Gunn
Bar Number: 19470
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone:  (405) 235-9584
Facsimile:  (405) 235-0551
E-Mail: dlb@dlb.net
Attorneys for Defendant Shelter Mutual Insurance Company

## CERTIFICATE OF SERVICE

☒I hereby certify that on November 4, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Steven S. Mansell, OBA# 10584
Mark A. Engel, OBA# 10796
Kenneth G. Cole, OBA #11792
Mansell Engel & Cole
101 Park Avenue, Suite 665
Oklahoma City, OK 73102-7203
T: (405) 232-4100  F: (405) 232-4140
Email: mansell-engel@coxinet.net
Attorneys for Plaintiff

*s/ R. Ryan Deligans*
R. Ryan Deligans

#7763714v1<OKC> -Ntc of Removal